193 So.2d 530

**Thelma LEVY, in her capacity as administratrix of the succession of Louise Levy, etc.**

v.

**The STATE of Louisiana Through The CHARITY HOSPITAL OF LOUISIANA AT NEW ORLEANS BOARD OF ADMINISTRATORS et al.**

No. 48518.

Jan. 20, 1967.

In re: Thelma Levy, etc., applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Orleans. 192 So.2d 193.

Writ refused. No error of law in the judgment of the Court of Appeal.

■

193 So.2d 531

**Juanita PLANCHARD, Widow of Clifton J. Planchard,**

v.

**NEW ORLEANS PUBLIC SERVICE, INC. and James Cecil Owens.**

No. 48514.

Jan. 20, 1967.

In re: Juanita Planchard, widow of Clifton J. Planchard, applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Orleans. 192 So.2d 197.

Writ refused. On the facts found by the Court of Appeal, there is no error of law in its judgment.